No. 42318.—Protests 641275–G, etc., of Paolo Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.